KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM CLEANING DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------------X

| | |
|---|---|
| XIOMAR MORALES, | DOCKET NO: 07 CV 11022 |
| Plaintiff, | |
| -against- | |
| 100 CHURCH, LLC, 110 CHURCH LLC, 53 PARK PLACE LLC., AMBIENT GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., CUNNINGHAM DUCT CLEANING CO., GENERAL RESERVES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING,  P.C., LIONSHEAD 110 DEVELOPMENT LLC., LIONSHEAD DEVELOPMENT LLC., MERRILL LYNCH & CO., INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA, LP., NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., THE BANK OF NEW YORK COMPANY, INC., THE BOARD OF MANAGERS | NOTICE OF APPEARANCE |

OF ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO # 1178), TRC
ENGINEERS, INC., WFP LIBERTY PLAZA
CO., L.P., WFP ONE LIBERTY PLAZA CO., GP.,
CORP., WORLD FINANCIAL PROPERTIES,
L.P., and ZAR REALTY
MANAGEMENT CORP.,

                                **Defendants.**

...............................................................................X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
          April 28, 2008

                                              <u>Kevin G. Horbatiuk</u>
                                              Kevin G. Horbatiuk (KGH4977)
                                              Matthew P. Mazzola (MM-7427)
                                              Attorneys for Defendant
                                              **CUNNINGHAM DUCT WORK s/h/i/a**
                                              **CUNNINGHAM DUCT CLEANING CO., INC.**
                                              RUSSO, KEANE & TONER, LLP
                                              26 Broadway, 28th Floor
                                              New York, New York 10004
                                              (212) 482-0001
                                              RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **XIOMAR MORALES**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**XIOMAR MORALES**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK